IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAREIK INC d/b/a NICOLE MILLER PHILADELPHIA,**　§<br>　§<br>　§<br>　Plaintiff,　§<br>　§<br>v.　§<br>　§<br>**STATE FARM FIRE AND CASUALTY COMPANY,**　§<br>　§<br>　Defendant.　§<br>　§ | **CIVIL ACTION NO.:**<br>**2:20-CV-02744-NIQA** |

### STATE FARM'S FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

State Farm respectfully files this notice of supplemental authority, limited here to Pennsylvania COVID-19 business interruption coverage cases, in further support of its motion to dismiss.

*1 S.A.N.T., Inc. v. Berkshire Hathaway, Inc.*, 2021 WL 147139 (W.D. Pa. Jan. 15, 2021), appeal filed, 21-cv-1109 (3d Cir.) (granting motion to dismiss on lack of direct physical loss).

*ATCM Optical Inc. v. Twin City Fire Ins. Co.*, 2021 WL 131282 (E.D. Pa. Jan. 14, 2021), appeal filed, 21-cv-1107 (3d Cir.) (granting motion to dismiss with prejudice on lack of direct physical loss and on policy's virus exclusion and rejecting plaintiff's regulatory estoppel argument).

*Clear Hearing Solutions, LLC v. Cont'l Cas. Co.*, 2021 WL 131283 (E.D. Pa. Jan. 14, 2021) (granting summary judgment on lack of direct physical loss).

*Frank Van's Auto Tag, LLC v. Selective Ins. Co. of the Southeast*, 2021 WL 289547 (E.D. Pa. Jan. 28, 2021) (granting motion to dismiss on lack of direct physical loss and on policy's virus exclusion).

*Indep. Rest. Grp. v. Certain Underwriters at Lloyd's London*, 2021 WL 131339 (E.D. Pa. Jan. 14, 2021), appeal filed, 21-cv-1175 (3d Cir.) (granting motion to dismiss with prejudice on lack of direct physical loss).

*Kahn v. Pennsylvania Nat. Mut. Cas. Ins. Co.*, 2021 WL 422607 (M.D. Pa. Feb. 8, 2021) (granting motion to dismiss on lack of direct physical loss).

*Moody v. The Hartford Fin. Grp.*, 2021 WL 135897 (E.D. Pa. Jan. 14, 2021), appeal filed, 21-cv-1106 (3d Cir.) (granting motion to dismiss with prejudice on lack of direct physical loss and on policy's virus exclusion, and rejecting plaintiff's regulatory estoppel and reasonable expectation doctrine arguments).

*TAQ Willow Grove, LLC v. Twin City Fire Ins.*, 2021 WL 131555 (E.D. Pa. Jan. 14, 2021) (granting motion to dismiss with prejudice on lack of direct physical loss and on policy's virus exclusion, and rejecting plaintiff's regulatory estoppel argument).

*Ultimate Hearing Solutions II, LLC v. Twin City Fire Ins. Co.*, 2021 WL 131556 (E.D. Pa. Jan. 14, 2021) (granting summary judgment on lack of direct physical loss and on policy's virus exclusion).

*Zagafen Bala, LLC v. Twin City Fire Ins. Co.*, 2021 WL 131657 (E.D. Pa. Jan. 14, 2021) (granting motion to dismiss with prejudice on lack of direct physical loss and on policy's virus exclusion, and rejecting plaintiff's regulatory estoppel argument).

                                                Respectfully submitted,

                                                **BENNETT, BRICKLIN & SALTZBURG LLC**

| OF COUNSEL: | By: */s/ Pamela A. Carlos*    s |
|---|---|
| DOUGLAS W. DUNHAM | PAMELA A. CARLOS |
| BERT L. WOLFF | NICHOLAS A. CUMMINS |
| **DECHERT LLP** | Attorney ID Nos. 53936/203238 |
| Three Bryant Park | 1500 Market Street, 32nd Floor |
| 1095 Avenue of the Americas | Philadelphia, PA  19102 |
| New York, NY  10036 | (215) 561-4300 (Telephone) |
| (212) 698-3500 (Telephone) | (215) 561-6661 (Fax) |
| (212) 698-3599 (Fax) | carlos@bbs-law.com/cummins@bbs-law.com |
| douglas.dunham@dechert.com | |
| bert.wolff@dechert.com | **ATTORNEYS FOR DEFENDANT** |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAREIK INC d/b/a NICOLE MILLER PHILADELPHIA,** § § § | |
| Plaintiff, § § | CIVIL ACTION NO.: 2:20-CV-02744- NIQA |
| v. § § | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** § § § | |
| Defendants. § § | |

### CERTIFICATE OF SERVICE

I certify that on the 12th day of February, 2021, I caused a true copy of the foregoing to be filed with the Court's CM/ECF system, which automatically serves a copy on the below-listed counsel of record:

Arnold Levin
Laurence Berman
Daniel Levin
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

Richard M. Golomb
Kenneth J. Grunfeld
GOLOMB & HONIK, P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19103

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103

BY:   /s   *Nicholas A. Cummins*