# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAREIK INC. d/b/a NICOLE** | : | **CIVIL ACTION** |
| **MILLER PHILADELPHIA** | : | |
| *Plaintiff* | : | **NO. 20-2744** |
| | : | |
| **v.** | : | |
| | : | |
| **STATE FARM FIRE AND** | : | |
| **CASUALTY COMPANY** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 5th day of May 2021, upon consideration of the *motion to dismiss Plaintiff's first amended complaint* filed pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) by Defendant State Farm Fire and Casualty Company ("State Farm"), [ECF 19], the response in opposition filed by Plaintiff Mareik, Inc., [ECF 21], and the allegations contained in Plaintiff's amended complaint, [ECF 16], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and the claims for declaratory judgment asserted against State Farm are dismissed.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*